UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
       :
CHLOE COSCARELLI et al.,       :
       :
              Plaintiffs,       :
       :      21-CV-4159 (JMF)
     -v-       :
       :      ORDER
BAIN DOUBLE IMPACT FUND LP et al.,       :
       :
              Defendants.       :
       :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court issued an Opinion and Order in the related case, *Coscarelli et al. v. ESquared Hospitality LLC et al.*, No. 18-CV-5943, ECF No. 305, addressing the parties' cross-motions for summary judgment, motions to confirm and vacate certain arbitration awards, and for default judgment.  Because the Opinion and Order may bear on issues raised in this case, the parties shall, no later than **December 22, 2021**, file supplemental briefs, not to exceed ten pages, addressing what effect, if any, the Opinion and Order has on the pending motion to dismiss in this case.  In addition, the parties shall confer and advise the Court, via letter motion, if they believe that a conference in this case would be helpful — either to facilitate settlement (in light of the Opinion and Order) or for any other purpose.

      SO ORDERED.

Dated: November 24, 2021
      New York, New York

                                                                JESSE M. FURMAN
                                                                United States District Judge