

800 LASALLE AVENUE  612 349 8500 TEL
SUITE 2800  612 339 4181 FAX
MINNEAPOLIS, MN  55402  ROBINSKAPLAN.COM

PATRICK M. ARENZ
612 349 8591 TEL
PARENZ@ROBINSKAPLAN.COM

*Via ECF*

February 15, 2022

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Chloe v. Bain*, et al. No. 1:21-cv-04159-JMF

Dear Judge Furman:

    The Parties attended a Zoom mediation on Monday, January 31, 2022, and made substantial progress to resolve the litigation.  Chloe has circulated a draft settlement agreement and the Parties hope to expeditiously reach full agreement.  We respectfully request permission to further update the Court within ten (10) days while the case remains stayed.

Respectfully submitted,

*/s/ Patrick M. Arenz*
Patrick M. Arenz
Counsel for Chloe

*/s/ Robert G. Jones*
Robert G. Jones
Counsel for Bain Defendants (and with authorization from all other co-defendants)

Application GRANTED.  The stay is extended until **February 25, 2022**.  SO ORDERED.

February 15, 2022